1

DONALD M. GINDY
A PROFESSIONAL LAW CORPORATION
1880 CENTURY PARK EAST
SUITE 615
LOS ANGELES, CALIFORNIA 90067-1622
TEL (310) 772-0585
FAX (310) 772-0018
Email:don@gindylaw.com
SBN 45228
Attorney for David A. Crook dba VBC

2

3

4

5

6

7

8

9

FILED
CLERK, U.S. DISTRICT COURT

FEB 1 6 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA- WEST REGION

10

11 DAVID A. CROOK doing business as VB
12 CONVERSIONS, a sole proprietorship,

13        Plaintiff,

14    v.

15 ITT CORPORATION, an Indiana
16 Corporation; "JOHWIT", an individual;
17 DOES 1-10, inclusive.
          Defendants.

18

19

20

21

22

23

24

CASE NO. **CV10 1156 ODW FMOx**

**COMPLAINT FOR:**
**COPYRIGHT INFRINGEMENT;**
**CONTRIBUTORY COPYRIGHT**
**INFRINGEMENT;**
**VICARIOUS COPYRIGHT**
**INFRINGEMENT;**
**VIOLATION OF THE DIGITAL**
**MILLENNIUM COPYRIGHT**
**ACT, § 1201;**
**REQUEST FOR INJUNCTIVE**
**RELIEF**

*Demand for jury trial*

25

26

27

28

**COMES NOW**, the plaintiff, David A. Crook doing business as VB Conversions,

a sole proprietorship, with claims against defendant ITT Corporation and

individual defendants for Copyright Infringement, Contributory Copyright

1

Infringement, Vicarious Copyright Infringement, Violation of the Digital Millennium Copyright Act, § 1201, et. seq. based upon the unauthorized access, copying and usage of plaintiff's copyrighted software entitled VB.Net to C# Converter. This action seeks damages and injunctive relief based upon a federal question.

A.   **JURISDICTION and VENUE.**

1.   This action arises under the Copyright Act of the United States, 17 U.S.C.§101 and 501, et seq.  This Court has jurisdiction over the Subject Matter of this action pursuant to 28 U.S.C. § 1338 (a) and Supplemental Jurisdiction pursuant to 28 U.S.C. § 1367(a).

2.   Venue is proper in this Court pursuant to 28 U.S.C. §1400 (a).

3.   Venue is also proper in that plaintiff's End User License Agreement ("EULA") provides a Forum Selection Clause affirmed by defendants designating the County of Los Angeles, State of California, as the appropriate location for hearing in the event of a dispute arising out of said license.

B.   **PARTIES.**

4.   David A. Crook is the sole owner and operator of his company entitled VB Conversions (hereinafter "VBC").  The principal headquarters of his business is located in Overland Park, Kansas.  Plaintiff is a software developer who licenses his product over the World Wide Web of the Internet.

5.     Plaintiff is informed and believes and thereon alleges that ITT Corporation is an Indiana corporation based in White Plains, New York (hereinafter "ITT"). ITT is in the business of providing communication technologies.

6.     Plaintiff is informed and believes and thereon alleges that at all relevant times mentioned herein defendant Johwit is and was an employee of ITT performing his job within the scope of authority as a computer specialist.

**C.     GENERAL ALLEGATIONS.**

7.     Plaintiff has registered his programs with the Register of Copyright and was given the registration number of TX 6-285-849 for Version 1.0 of the above entitled program; TX 6-425-720 for Version 2.0. The latter is derivative of the original version of the software.  However, Version 2.0 has its own original expressions as constituent elements within the software.  Plaintiff contends that the violations of copyright set forth herein are of both Versions of the program. Copies of the registrations are attached hereto and incorporated by reference as Exhibit "A."

8.     VBC licenses its copyrighted programs online at vbconversions.net. Mr. Crook subscribes to the Shareware philosophy of offering his program as a Trial version for a limited time to potential purchasers.  In this instance, he offers it for 15 days. A party is permitted to try out the program and see if it is suitable

for their needs. However, prior to being permitted to use the Trial version, a prospective purchaser must first affirm the EULA. Thereafter, the user may apply for a license by paying the required fee. If the user chooses not to purchase the license, the trial version of the program will automatically disable after 15 days. A copy of the End User License Agreement (EULA) is attached hereto as Exhibit "B."

9. Unfortunately, despite the best efforts of VBC, it has not been able to stem the tide of unscrupulous people who have gained unauthorized access to the program and have used the software to quickly convert to this latest incarnation of computer language. These intruders have used so-called "cracking sites" which exist in great abundance on the Internet. These sites supply the decryption of registration keys to developer's software and enable fraudulent registration codes to be used in order to gain access to the program. In self defense, VB has adopted *a tracking system* which is able to identify the date and time of the intruder, the external and internal IP of the offending computer, the identity of the user of that computer and other data which is integral to proof of infringement.

10. The tracking system VBC adopted was created by Hitek Software LLC of Goleta, CA. VBC and Hitek are contractually bound to have the latter receive and monitor the data also received by VBC's servers. The data that Hitek receives is designated as a "third party user registration tracking company."

4

Reference to such a company is set forth in the licensing agreement between VBC and its licensees.

11.   In business programming, Visual Basic (VB) has one of the largest user bases and is probably the most popular programming language. But many developers look to more recent computer languages in order to enhance what they do and to eliminate flaws found in earlier ms such as VB.  Newer languages used by programmers include C, C+ and C++.  C# has evolved from these earlier attempts at improving VB.

12.   C# is intended to be a simple, modern, general-purpose, programming language. The language is intended for use in developing software components suitable for deployment in many different environments. For instance, C# compilers exist for just about every platform imaginable, including Mac, Linux, Windows, Solaris, etc. C# is suitable for writing applications for both hosted and embedded systems, ranging from the very large that use sophisticated operating systems, down to the very small having dedicated functions.

13.   Plaintiff is informed and believes that at all times mentioned herein defendant ITT has engaged in the purchase and/or sale of goods and services within the County of Los Angeles, State of California.

14.     The American Registry of Internet Numbers (ARIN) is a non-profit organization that is charged with the task of assigning internet protocol addresses to computers using the Internet.  It is one of five organizations around the globe charged with these duties. The geographic area assigned to ARIN is North and South America. ARIN provides information as to the Net Range of Computers, by IP address, owned and/or operated by parties within the above geographical region.

15.     Plaintiff is unaware of the names and true capacities of Defendants, whether individual, corporate and/or partnership entities, Named herein as DOES 1 through 10, inclusive, and therefore sues them by their fictitious names. Plaintiff will seek leave to amend this complaint when their true names and capacities are ascertained.  Plaintiff is informed and believes and thereon alleges that all of the defendants, known and unknown, are in some manner responsible for the wrongs alleged herein and that at all times mentioned herein were the agents and servants or joint venturers/partners-in-concert of the other Defendants, and acted within the course and scope of said agency and employment or within the parameter of their agreement.

16.     Plaintiff is informed and believes and thereon alleges that at all times relevant hereto, Defendants and DOES 1-10, inclusive, knew or reasonably should have known of the acts and behavior alleged herein and the damages caused

1   thereby, and by their inaction ratified and encouraged such acts and behavior.

2   Plaintiff further alleges that said defendants have a non-delegable duty to prevent

3

4   or cause such acts and behavior described herein, which duty defendants failed

5   and/or refused to perform. Plaintiff further alleges upon information and belief that

6

7   each act, transaction or event hereinafter stated was directed, hosted, served and

8   routed through a network operated and maintained by defendant ITT.

9

10   **FIRST CLAIM FOR RELIEF:** *Violation of 17 U.S.C.§106(1)& 501,et.seq.,*

11   *Copyright Infringement against all defendants.*

12       17.   Plaintiff incorporates by reference paragraphs 1 through 16 as if the

13   same were set forth fully herein.

14

15       18.   On April 2, 2008, at 2:26 p.m., defendants gained unauthorized

16

17   access to plaintiff's program entitled VB.Net to C# Converter, Version 2.16, by

18   Registration of a fraudulent code, to wit, P591GYWUA8QNL20YEDUSQ6421.

19   This code was not issued by plaintiff.  The activity was detected on the same date,

20

21   but at 4:39 p.m., EDT.  The device used to commit the unauthorized access is a

22   computer entitled NVCWYCF91.  The user is noted to be defendant "johwit."

23

24       19.   The computer mentioned above was noted to have a Public Internet

25   Protocol address of 151.190.254.108.  ARIN has confirmed that this computer is

26

27   within the net range of computers owned and/or operated by defendant ITT

28

Aerospace/Communications Division.  Exhibit "C."  The domain or workgroup is noted as ROANOKENV.  The defendant is located in Roanoke, VA.

20.    Unlawful usage of the program is noted to have begun at 4:49 p.m., EDT on April 2, 2008.

21.    Thereafter, unlawful usage of the program was detected to have occurred on April 3, 2008, at 8:31 a.m., EST; April 22, 2008, at 9:53 and 11:09 a.m., EST; June 2, 2008, at 1:01 p.m., EDT; October 27, 2008, at 3:09 p.m., EDT; December 22, 2008, at 3:37 p.m., EST; January 27, 2009, at 3:27 p.m., EST; April 3, 2009, at 7:53 p.m., EST; May 5, 2009, at 1:47 p.m., EDT; and, June 30, 2009, at 1:13 p.m., EDT.  Exhibit "D", collectively.   In all instances mentioned above, itt.com, is identified as the Host computer for all unlawful usages.

22.    In the above events, a number of programs are identified by the tracking system as a consequence of the unlawful usage of plaintiff's program. The programs are identified as: TcDev; XledNet; xOnOff; CtlLblLib; GuiExample; CtlLblLib; MLG_MDV_MDHSample; Simple VB.NET OPC Example; TestWebService; PromisChangePassword; WindowsApplication1; PK_Engrave; and, OptoMux.  Each of these projects is noted on Exhibit " D ."

23.    As a consequence of the unlawful activity mentioned immediately above, lines of VB were converted to 72,929 lines of C#.

8

24.     Plaintiff is informed and believes and thereon alleges that a competent computer programmer could *at best* convert 100 lines per hour from Visual Basic to C# in the absence of plaintiff's program.  The aforementioned assumes competence by the programmer and absolute dedication to the process.  More likely, a programmer would not be able to do 100 lines per hour.  However, assuming *arguendo* that one could do so, it would still require 729 hours to complete the same job that plaintiff's program is capable of completing in a few hours.  Further, assuming that the average programmer earns approximately $100.00 per hour doing conversion work, the saved costs and expenses avoided by ITT as the result of unauthorized access, copying and usage amounts to $72,929.00.

25.     Plaintiff asserts that in committing the alleged infringement, the defendants used both registered versions of plaintiff's copyrighted software, Version 1.0 and Version 2.0.  Accordingly, damages are doubled in that each Version has its own constituent elements which are original to the program.

26.     Plaintiff alleges that the amount of Actual Damages, including profit attributable to the infringement, is unknown to plaintiff at this time, but according to proof.  Plaintiff does allege that Statutory Damages are at least $300,000.00.  Accordingly, then, the acts complained of were willful and deliberate and qualify for the maximum allowed by 17 U.S.C. § 504 (c)(2).

**SECOND CLAIM FOR RELIEF:** *Vicarious Copyright Infringement*

27.   Plaintiff incorporates by reference paragraphs 1 through 26, inclusive, as if the same were set forth fully herein.

28.   Plaintiff is informed and believes and thereon alleges that at all times relevant to the actions complained of herein the employer, defendant ITT, had the right and ability to oversee, govern, control and direct its employees actions, including, but not limited to, halting any adverse conduct in which its employee is engaged. Yet, despite this ability, defendant failed and continues to fail to enforce rules of conduct upon its employee, defendant Johwit and others, which has led to the large number of lines being converted to C# by use of Plaintiff's copyrighted software and done without the knowledge or consent of plaintiff.

29.   Plaintiff further alleges that as a proximate result of defendants' conduct, defendant ITT has profited in an amount and in a manner that would not have taken place, but for the purloining of plaintiff's copyrighted software by its employees. Accordingly, defendants' have gained a financial benefit to which they are not entitled.

30.   Under the circumstances outlined above, defendant ITT is jointly and severally liable to plaintiff for Statutory Damages as a vicarious copyright infringer in the amount of $300,000.00. Defendants' are also liable for Actual

Damages in an amount unknown at this time, but according to proof at time of trial.

**THIRD CLAIM FOR RELIEF:** *Contributory Copyright Infringement*

31.     Plaintiff incorporates by reference paragraphs 1 through 30, inclusive, as if the same were set forth fully herein.

32.     By virtue of its position as employer, defendant ITT knew or had reason to know that its employees had gained unauthorized access to plaintiff's copyrighted ms and was using same for the benefit of ITT.

33.     Furthermore, plaintiff is informed and believes that Defendant ITT aided and abetted the actions of its employees and materially contributed therein by supplying the data and equipment necessary to encourage, urge and persuade, and induce the usage of plaintiff's intellectual property.

34.     Defendants, and each of them, are jointly and severally liable to Plaintiff in Actual Damages of a sum unknown at this time, but for all profits attributable to the infringements, according to proof at time of trial.   In the alternative, defendants are jointly and severally liable for Statutory Damages of $300,000.00, as and for the willful and intentional infringement and unauthorized access, copying and usage of plaintiff's copyrighted ms.

**FOURTH CLAIM FOR RELIEF:** *Violation of the Digital Millennium Copyright Act (17 U.S.C. § 1201).*

35.    Plaintiff repeats and re-alleges paragraphs 1 through 34, as if the same were set forth fully herein.

36.    At all times mentioned herein, plaintiff had in force a 25 digit numeric code designed to control access to his copyrighted software.  It is only when a legitimate purchaser fulfills his obligation with respect to the conditions of the End User Licensing Agreement (EULA) and pays the appropriate fee, that unlimited access to the licensed product is permitted. When adherence to the EULA is satisfied plaintiff will issue to the licensee a non-exclusive, non-transferable license and provide legitimate code enabling access to the copyrighted ms.

37.    The numeric code is intended as a technological measure for the purpose of protecting his proprietary program. To gain access requires knowledge of the 25 digits issued by plaintiff.  It is intended to exclude those who seek to circumvent the code and gain unauthorized access.

38.    The true number of occasions of acts of circumvention is unknown to plaintiff at this time, but according to proof.

39.   As a consequence of defendants' unlawful and unauthorized circumvention of plaintiff's measures, plaintiff has sustained damages as previously set forth herein.

40.   The use of the circumvention device to gain access is an intentional and knowledgeable act by the defendants.   It is therefore willful and subjects defendants jointly and severally liable for the maximum allowed for Statutory Damages per act of circumvention.   This amount is doubled as it applies to Version 1.0 and Version 2.0. Alternatively, Plaintiff is entitled to Actual Damages for profits attributable to the acts of circumvention per 17 U.S.C. § 1203(c)(2), according to proof at time of trial.

**WHEREFORE**, plaintiff prays that the Court issue the following:

A.   Defendant be enjoined during the pendency of this action and permanently thereafter from appropriating, using or otherwise benefitting from plaintiff's copyrighted application software identified above without the express written approval of plaintiff or his delegate;

B.   Defendants be ordered to identify, preserve, set aside and retain any and all source code used by them in the in the infringement alleged above pursuant to Federal Rule of Civil Procedure 34, which includes, but is not limited to:(i) all electronically stored information which contains any portion of plaintiff's copyrighted program; (ii) all writings as defined in Federal Rule of Evidence

13

1001, which refer to or mention in any manner plaintiff's program, except to those items based on privilege.

C.     Pay plaintiff all damages sustained by him as the result of their unlawful acts, with prejudgment interest, as well as account for and pay for all gains and profits they have enjoyed at plaintiff's expense. In particular, Plaintiff demands compensation of at least $300,000.00, or Actual Damages for profits attributable to the infringement, both direct and indirect, according to law.

D.     Trial by jury.

E.     All costs of litigation, including, but not limited to costs of suit, reasonable attorney fees and interest at legal rates.

F.     Such other and further relief as the Court deems just and proper under the circumstances.

Dated:  2/12/10

**DONALD M. GINDY**

**PROFESSIONAL LAW CORPORATION**

By: _Donald M. G_

Donald M. Gindy

Attorney for Plaintiff

David A. Crook dba VB Conversions

14

# EXHIBIT A

Case 2:10-cv-01156-ODW-FMO Document 1 Filed 02/16/10 Page 16 of 39 Page ID #:16

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Form TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-285-849

EFFECTIVE DATE OF REGISTRATION

Month **Feb** Day **13** Year **2006**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
VB.Net to C# Convertor 1.x

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼

**2**

NAME OF AUTHOR ▼
a David Crook

DATES OF BIRTH AND DEATH
Year Born ▼ 1964 Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Converts programs written in the Visual Basic.Net language to C#

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼
b

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼
c

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2004
This information must be given in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ July Day ▶ 1 Year ▶ 2004
USA ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
David Crook
11184 Antioch #179
Overland Park KS 66210

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB 13 2006
ONE DEPOSIT RECEIVED
FEB 13 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-425-720

TXU

**EFFECTIVE DATE OF REGISTRATION**

Jul 26 2006

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

VB.NET to C# CONVERTER, VERSION 2.0

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**NAME OF AUTHOR ▼**

DAVID CROOK

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1964    Year Died ▼ N/A

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ UNITED STATES
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
NEW AND REVISED COMPUTER PROGRAM TEXT

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ JULY  Day ▶ 10  Year ▶ 2006
UNITED STATES ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

DAVID CROOK
11134 Antioch #179
Overland Park, KS 66210

**APPLICATION RECEIVED**
JUL 26 2006
ONE DEPOSIT RECEIVED
JUL 26 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

# EXHIBIT B

# END USER LICENSE AGREEMENT FOR VBCONVERSIONS SOFTWARE.

**IMPORTANT-READ CAREFULLY:** This VBConversions End-User License Agreement ("EULA") is a legal agreement between you (either an individual person or a single legal entity, who will be referred to in this EULA as "You") and for the VBConversions software product that accompanies this EULA, including any associated media, printed materials and electronic documentation (the "Software Product"). The Software Product also includes any software updates, add-on components, web services and/or supplements that VBConversions may provide to You or make available to You after the date You obtain Your initial copy of the Software Product to the extent that such items are not accompanied by a separate license agreement or terms of use. By installing, copying, downloading, accessing or otherwise using the Software Product, You agree to be bound by the terms of this EULA. If You do not agree to the terms of this EULA, do not install, access or use the Software Product.

## SOFTWARE PRODUCT LICENSE

The Software Product is protected by intellectual property laws and treaties. The Software Product is licensed, not sold.

**1. GRANT OF LICENSE.** This Section of the EULA describes Your general rights to install and use the Software Product The license rights described in this Section are subject to all other terms and conditions of this EULA.

**General License Grant to Install and Use Software Product.** You may install and use one copy of the Software Product on a single computer, device, workstation, terminal, or other digital electronic or analog device ("Device"). A license for the Software Product may not be shared. This license may not be transferred to another user or company.

**Reservation of Rights.** All rights not expressly granted are reserved by VBConversions.

## 2. DESCRIPTION OF OTHER RIGHTS AND LIMITATIONS.

**Limitations on Reverse Engineering, Decompilation, and Disassembly.** You may not reverse engineer, decompile, or disassemble the Software Product, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation.

**Trademarks.** This EULA does not grant You any rights in connection with any trademarks or service marks of VBConversions.

**No rental, leasing or conversion services.** You may not rent, lease, lend or provide conversion services to third parties with the Software Product.

**Support Services.** VBConversions may provide You with support services related to the Software Product ("Support Services"). Any supplemental software code provided to You as part of the Support Services are considered part of the Software Product and subject to the terms and conditions of this EULA. You acknowledge and agree that VBConversions may use technical

information You provide to VBConversions as part of the Support Services for its business purposes, including for product support and development. VBConversions will not utilize such technical information in a form that personally identifies You.

**Termination.** Without prejudice to any other rights, VBConversions may terminate this EULA if You fail to comply with the terms and conditions of this EULA. In such event, You must destroy all copies of the Software Product and all of its component parts.

## 3. UPGRADES.

**Standard Software Product.** If the Software Product is labeled as an upgrade, You must be properly licensed to use a product identified by VBConversions as being eligible for the upgrade in order to use the Software Product. A Software Product labeled as an upgrade replaces or supplements (and may disable) the product that formed the basis for Your eligibility for the upgrade. You may use the resulting upgraded product only in accordance with the terms of this EULA. If the Software Product is an upgrade of a component of a package of software programs that You licensed as a single product, the Software Product may be used and transferred only as part of that single product package and may not be separated for use on more than one Device.

**4. INTELLECTUAL PROPERTY RIGHTS.** All title and intellectual property rights in and to the Software Product (including but not limited to any images, photographs, animations, video, audio, music, text, and "applets" incorporated into the Software Product), the accompanying printed materials, and any copies of the Software Product are owned by VBConversions or its suppliers. All title and intellectual property rights in and to the content that is not contained in the Software Product, but may be accessed through use of the Software Product, is the property of the respective content owners and may be protected by applicable copyright or other intellectual property laws and treaties. This EULA grants You no rights to use such content. If this Software Product contains documentation that is provided only in electronic form, you may print one copy of such electronic documentation. You may not copy the printed materials accompanying the Software Product.

**5. BACKUP COPY.** After installation of one copy of the Software Product pursuant to this EULA, you may keep the original media on which the Software Product was provided by VBConversions solely for backup or archival purposes. If the original media is required to use the Software Product on the Device, you may make one copy of the Software Product solely for backup or archival purposes. Except as expressly provided in this EULA, you may not otherwise make copies of the Software Product or the printed materials accompanying the Software Product.

**6. EXPORT RESTRICTIONS.** You acknowledge that the Software Product is of U.S. origin. You agree to comply with all applicable international and national laws that apply to the Software Product, including the U.S. Export Administration Regulations, as well as end-user, end-use and destination restrictions issued by U.S. and other governments

**7. APPLICABLE LAW.** In any dispute arising out of or relating to this Agreement, it is agreed and acknowledged that the proper venue for resolution shall be either the Superior Court for the

County of Los Angeles or the United States District Court for the Central District of California. This license shall be deemed to have been executed within the State of California, in the United States of America. It shall be construed and enforced in accordance with and governed by the laws of the State of California without regard to conflicts of laws principles thereof. The parties hereto expressly agree to be subject to the personal jurisdiction of the above mentioned courts. The application of UCITA and United Nations Convention on Contracts for the International Sale of Goods is expressly excluded.

## 8. LIMITED WARRANTY

LIMITED WARRANTY FOR SOFTWARE PRODUCTS ACQUIRED IN THE US AND CANADA. VBConversions warrants that the SOFTWARE PRODUCT will perform substantially in accordance with the accompanying materials for a period of ninety (90) days from the date of receipt.

If an implied warranty or condition is created by your state/jurisdiction and federal or state/provincial law prohibits disclaimer of it, you also have an implied warranty or condition, BUT ONLY AS TO DEFECTS DISCOVERED DURING THE PERIOD OF THIS LIMITED WARRANTY (NINETY DAYS). AS TO ANY DEFECTS DISCOVERED AFTER THE NINETY (90) DAY PERIOD, THERE IS NO WARRANTY OR CONDITION OF ANY KIND. Some states/jurisdictions do not allow limitations on how long an implied warranty or condition lasts, so the above limitation may not apply to you.

Any supplements or updates to the SOFTWARE PRODUCT, including without limitation, any (if any) service packs or hot fixes provided to you after the expiration of the ninety (90) day Limited Warranty period are not covered by any warranty or condition, express, implied or statutory.

LIMITATION ON REMEDIES; NO CONSEQUENTIAL OR OTHER DAMAGES. Your exclusive remedy for any breach of this Limited Warranty is as set forth below. Except for any refund elected by VBConversions, YOU ARE NOT ENTITLED TO ANY DAMAGES, INCLUDING BUT NOT LIMITED TO CONSEQUENTIAL DAMAGES, if the Software Product does not meet VBConversions' Limited Warranty, and, to the maximum extent allowed by applicable law, even if any remedy fails of its essential purpose. The terms of Section 10 below ("Exclusion of Incidental, Consequential and Certain Other Damages") are also incorporated into this Limited Warranty. Some states/jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you. This Limited Warranty gives you specific legal rights. You may have others which vary from state/jurisdiction to state/jurisdiction.

YOUR EXCLUSIVE REMEDY. VBConversions' and its suppliers' entire liability and your exclusive remedy shall be, at VBConversions' option from time to time exercised subject to applicable law, (a) return of the price paid (if any) for the Software Product, or (b) repair or replacement of the Software Product, that does not meet this Limited Warranty and that is returned to VBConversions with a copy of your receipt. You will receive the remedy elected by VBConversions without charge, except that you are responsible for any expenses you may incur

(e.g. cost of shipping the Software Product to VBConversions). This Limited Warranty is void if failure of the Software Product has resulted from accident, abuse, misapplication, abnormal use or a virus. Any replacement Software Product will be warranted for the remainder of the original warranty period or thirty (30) days, whichever is longer. Outside the United States or Canada, neither these remedies nor any product support services offered by VBConversions are available without proof of purchase from an authorized international source

**9. DISCLAIMER OF WARRANTIES.** THE LIMITED WARRANTY THAT APPEARS ABOVE IS THE ONLY EXPRESS WARRANTY MADE TO YOU AND IS PROVIDED IN LIEU OF ANY OTHER EXPRESS WARRANTIES (IF ANY) CREATED BY ANY DOCUMENTATION OR PACKAGING. EXCEPT FOR THE LIMITED WARRANTY AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, VBCONVERSIONS AND ITS SUPPLIERS PROVIDE THE SOFTWARE AND SUPPORT SERVICES (IF ANY) *AS IS AND WITH ALL FAULTS*, AND HEREBY DISCLAIM ALL OTHER WARRANTIES AND CONDITIONS, EITHER EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, ANY (IF ANY) IMPLIED WARRANTIES, DUTIES OR CONDITIONS OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OF ACCURACY OR COMPLETENESS OR RESPONSES, OF RESULTS, OF WORKMANLIKE EFFORT, OF LACK OF VIRUSES AND OF LACK OF NEGLIGENCE, ALL WITH REGARD TO THE SOFTWARE, AND THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT SERVICES. ALSO, THERE IS NO WARRANTY OR CONDITION OF TITLE, QUIET ENJOYMENT, QUIET POSSESSION, AND CORRESPONDENCE TO DESCRIPTION OR NON-INFRINGEMENT WITH REGARD TO THE SOFTWARE.

**10. EXCLUSION OF INCIDENTAL, CONSEQUENTIAL AND CERTAIN OTHER DAMAGES.** TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL VBCONVERSIONS OR ITS SUPPLIERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS OR CONFIDENTIAL OR OTHER INFORMATION, FOR BUSINESS INTERRUPTION, FOR PERSONAL INJURY, FOR LOSS OF PRIVACY, FOR FAILURE TO MEET ANY DUTY INCLUDING OF GOOD FAITH OR OF REASONABLE CARE, FOR NEGLIGENCE, AND FOR ANY OTHER PECUNIARY OR OTHER LOSS WHATSOEVER) ARISING OUT OF OR IN ANY WAY RELATED TO THE USE OF OR INABILITY TO USE THE SOFTWARE PRODUCT, THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT SERVICES, OR OTHERWISE UNDER OR IN CONNECTION WITH ANY PROVISION OF THIS EULA, EVEN IN THE EVENT OF THE FAULT, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY, BREACH OF CONTRACT OR BREACH OF WARRANTY OF VBCONVERSIONS OR ANY SUPPLIER, AND EVEN IF VBCONVERSIONS OR ANY SUPPLIER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

**11. LIMITATION OF LIABILITY AND REMEDIES.** NOTWITHSTANDING ANY DAMAGES THAT YOU MIGHT INCUR FOR ANY REASON WHATSOEVER (INCLUDING, WITHOUT LIMITATION, ALL DAMAGES REFERENCED ABOVE AND ALL DIRECT OR GENERAL DAMAGES), THE ENTIRE LIABILITY OF VBCONVERSIONS AND ANY OF ITS SUPPLIERS UNDER ANY PROVISION OF THIS

EULA AND YOUR EXCLUSIVE REMEDY FOR ALL OF THE FOREGOING (EXCEPT FOR ANY REMEDY OF REPAIR OR REPLACEMENT ELECTED BY VBCONVERSIONS WITH RESPECT TO ANY BREACH OF THE LIMITED WARRANTY) SHAL BE LIMITED TO THE GREATER OF THE AMOUNT ACTUALLY PAID BY YOU FOR THE SOFTWARE OR U.S. $5.00. THE FOREGOING LIMITATIONS, EXCLUSIONS AND DISCLAIMERS (INCLUDING SECTIONS 6, 7, AND 8 ABOVE) SHALL APPLY TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, EVEN IF ANY REMEDY FAILS ITS ESSENTIAL PURPOSE.

**12. REGISTRATION / USAGE INFORMATION.**  When you use this software, and also when you register or uninstall this software, the following information about our software and your computer is recorded into the VBConversions and/or our 3rd party User Registration Tracking Company Database: Product Name, Version, Registration Key, Computer Name, Computers Internal IP address, Username logged onto Computer, Operating System's Registered Owner, Operating System's Registered Organization, Name, Organization Name, Email Address (as entered on the registration screen), total number of lines converted, installation date, and Outlook profile email addresses.  Additionally, your organization's public IP address and hostname is recorded by VBConversions and/or the 3rd party Tracking database in California. The above information may also be posted to VBConversions and/or our 3rd party user registration database in California on a regular periodic basis in order to update our registered user usage records.   After every project conversion, the project name, number of lines of original and converted code, CLR version number, number of lines with compiler errors, number of compiles, conversion time, and assembly info (title, description, company, product, copyright, trademark),  may also be recorded by VBConversions and/or our 3rd party User Registration tracking company in California.

VBConversions assures the user, that the above information will be securely stored, and maintained with the utmost care by VBConversions and our 3rd party User Registration tracking company in California. By installing and/or registering and/or using this software, you agree that VBConversions or our 3rd party User Registration tracking company in California should not be held liable in any manner, if the security of this information is compromised in any manner. To the extent not prohibited by law, in no event will VBConversions or our 3rd party User Registration tracking company in California, and ours and its licensors be liable for any lost revenue, profit or data, or for special, indirect, consequential, incidental or punitive damages, however caused regardless of the theory of liability, arising if the security of this information is compromised in any manner, even if VBConversions and our 3rd party User Registration tracking company in California has been advised of the possibility of such damages. Only install this software, if you agree to have this information recorded by VBConversions to our 3rd party User Registration tracking company in California. By installing and/or uninstalling and/or registering and/or using this software, you agree that you grant VBConversions your full and unconditional permission to record this information itself and to our 3rd party User Registration tracking company in California.

**13. COPYRIGHT INFRINGEMENT**: You agree not to infringe on VBConversions copyright of this software. Copyright violation could be in the form of a) violating license counts, which you have purchased or b) using illegally generated registration keys to unlock the software,

without purchasing a valid license(s). You agree to only use Registration keys generated online from our VBConversions website, or only use registration keys emailed to you by VBConversions or our third party order processing Company. You agree that any attempt to register this software, or unlock the software permanently, by using an illegal or fraudulent registration key makes this software copy an illegal and unauthorized copy, and violates VBConversions copyright of this software. In the event that you violate the copyright, you acknowledge and agree you are liable for actual damages, statutory damages, reasonable attorney fees, lost profits, diminution of value of the software, lost license fees, any or all of the aforementioned, including, but not limited to all other costs and expenses incurred by VB Conversions for the loss according to law. (17 U.S.C. §504, §505). User acknowledges and agrees that in the event of a breach of this Agreement by use of illegally generated keys to unlock the software, the value of the resulting conversion shall be fixed at One($1.00) Dollar per line of code converted from Visual Basic.Net to C#.

**14. ENFORCING RIGHTS.** The failure of VB Conversions to exercise or enforce any right or provision of this Agreement shall not constitute a waiver of such right or provision. If any provision of these terms is found by a court of competent jurisdiction to be invalid, you nevertheless agree that the court should endeavor to give effect to the intentions of the parties as reflected in the provision, and that the other provisions of this Agreement remain in full force and effect.

**15. ENTIRE AGREEMENT.** This EULA (including any addendum or amendment to this EULA which is included with the Software Product) is the entire agreement between you and VBConversions relating to the Software Product and the support services (if any) and they supersede all prior or contemporaneous oral or written communications, proposals and representations with respect to the Software Product or any other subject matter covered by this EULA. To the extent the terms of any VBConversions policies or programs for support services conflict with the terms of this EULA, the terms of this EULA shall control.

# EXHIBIT C

# ARIN WHOIS Database Search

Relevant Links: ARIN Home Page  ARIN Site Map  Training: *Querying ARIN's WHOIS*

Search ARIN WHOIS for: 151.190.254.108

Submit Query

```
OrgName:    ITT Aerospace/Communications Division
OrgID:      IAD
Address:    1919 West Cook Road
City:       Fort Wayne
StateProv:  IN
PostalCode: 46801
Country:    US

NetRange:   151.190.0.0 - 151.190.255.255
CIDR:       151.190.0.0/16
NetName:    ITTACDNET
NetHandle:  NET-151-190-0-0-1
Parent:     NET-151-0-0-0-0
NetType:    Direct Assignment
NameServer: ITTDNS1.ITT.COM
NameServer: ITTDNS2.ITT.COM
NameServer: DBRU.BR.NS.ELS-GMS.ATT.NET
NameServer: DMTU.MT.NS.ELS-GMS.ATT.NET
Comment:
RegDate:    1991-09-23
Updated:    2002-03-21

RTechHandle: KAK1-ARIN
RTechName:   Klaehn, Kenneth A.
RTechPhone:  +1-260-451-6938
RTechEmail:  kenny.klaehn@itt.com

# ARIN WHOIS database, last updated 2009-09-17 20:00
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

Other WHOIS Servers: AfriNIC APNIC LACNIC RIPE InterNIC

Request Bulk Copies of ARIN WHOIS Data

Copyright © 1997-2007 American Registry for Internet Numbers. All Rights Reserved.

# EXHIBIT D

VB Conversion

Proof of illegal registration

| Computer Name | NVCWYCF91 |
|---|---|

------------------------------------------------

| Server date | 2008-04-02 16:39:05.0 EDT |
|---|---|
| Installed (user date) | 4/2/2008 2:26 PM |
| Program | VB.Net to C# Converter |
| Program Version | 2.16 |
| Key | P59IGYWUA8QNL20YEDUSQ6421 |
| Public IP | 151.190.254.108 |
| Host | fw1.itt.com |
| Private IP | 10.33.130.131 |
| Username | johwit |
| Domain | ROANOKENV |
| Owner | ITT Industries Night Vision |
| Organization | ITT Industries Night Vision |

------------------------------------------------

ITT aerospace

**Proof of illegal usage**

| Computer Name | NVCWYCF91 |
| --- | --- |

---

| | |
| --- | --- |
| **Server date** | 2008-04-02 16:49:23.0 EDT |
| **Installed (user date)** | 4/2/2008 2:26 PM |
| **Program** | VB.Net to C# Converter |
| **Program Version** | 2.16 |
| **Key** | P59IGYWUA8QNL20YEDUSQ6421 |
| **Public IP** | 151.190.254.108 |
| **Host** | fw1.itt.com |
| **Private IP** | 10.33.130.131 |
| **Username** | johwit |
| **Domain** | ROANOKENV |
| **Owner** | ITT Industries Night Vision |
| **Organization** | ITT Industries Night Vision |

---

**ITT aerospace**

VB Conversion

Proof of illegal usage

**Computer Name**          NVCWYCF91

-----------------------------------------------------------------

**Server date**            2008-06-02 13:01:44.0 EDT
**Installed (user date)**          4/2/2008 2:26 PM
**Program**                VB.Net to C# Converter
**Program Version**              2.16
**Key**                    P59IGYWUA8QNL20YEDUSQ6421
**Public IP**              151.190.254.108
**Host**                   fw1.itt.com
**Private IP**             10.33.130.131
**Username**               johwit
**Domain**                 ROANOKENV
**Owner**                  ITT Industries Night Vision
**Organization**           ITT Industries Night Vision

-----------------------------------------------------

**ITT aerospace**

**Proof of illegal usage**

| | |
|---|---|
| **Computer Name** | NVCWYCF91 |

-------------------------------------------------

| | |
|---|---|
| Server date | 2008-10-27 15:09:14.0 EDT |
| **Installed (user date)** | 4/2/2008 2:26 PM |
| **Program** | VB.Net to C# Converter |
| **Program Version** | 2.16 |
| **Key** | P59IGYWUA8QNL20YEDUSQ6421 |
| **Public IP** | 151.190.254.108 |
| **Host** | fw1.itt.com |
| **Private IP** | 10.33.130.131 |
| **Username** | johwit |
| **Domain** | ROANOKENV |
| **Owner** | ITT Industries Night Vision |
| **Organization** | ITT Industries Night Vision |

-------------------------------------------------

**ITT aerospace**

**Proof of illegal usage**

**Computer Name**                    NVCWYCF91

---

| | |
|---|---|
| **Server date** | 2008-12-22 15:37:24.0 EST |
| **Installed (user date)** | 4/2/2008 2:26 PM |
| **Program** | VB.Net to C# Converter |
| **Program Version** | 2.16 |
| **Key** | P59IGYWUA8QNL20YEDUSQ6421 |
| **Public IP** | 151.190.254.108 |
| **Host** | fw1.itt.com |
| **Private IP** | 10.33.130.131 |
| **Username** | johwit |
| **Domain** | ROANOKENV |
| **Owner** | ITT Industries Night Vision |
| **Organization** | ITT Industries Night Vision |

---

**ITT aerospace**

**Proof of illegal usage**

**Computer Name**        NVCWYCF91

----------------------------------------------------

| | |
|---|---|
| **Server date** | 2009-01-27 15:27:19.0 EST |
| **Installed (user date)** | 4/2/2008 2:26 PM |
| **Program** | VB.Net to C# Converter |
| **Program Version** | 2.16 |
| **Key** | P59IGYWUA8QNL20YEDUSQ6421 |
| **Public IP** | 151.190.254.108 |
| **Host** | fw1.itt.com |
| **Private IP** | 10.33.130.131 |
| **Username** | johwit |
| **Domain** | ROANOKENV |
| **Owner** | ITT Industries Night Vision |
| **Organization** | ITT Industries Night Vision |

----------------------------------------------------

**ITT aerospace**

**Proof of illegal usage**

**Computer Name**                    NVCWYCF91

------------------------------------------------------------

| | |
|---|---|
| **Server date** | 2009-05-05 13:47:54.0 EDT |
| **Installed (user date)** | 4/2/2008 2:26 PM |
| **Program** | VB.Net to C# Converter |
| **Program Version** | 2.16 |
| **Key** | P59IGYWUA8QNL20YEDUSQ6421 |
| **Public IP** | 151.190.254.108 |
| **Host** | fw1.itt.com |
| **Private IP** | 10.33.130.131 |
| **Username** | johwit |
| **Domain** | ROANOKENV |
| **Owner** | ITT Industries Night Vision |
| **Organization** | ITT Industries Night Vision |

------------------------------------------------------------

**ITT aerospace**

**Proof of illegal usage**

**Computer Name**            NVCWYCF91

---------------------------------------------------------

**Server date**              2009-06-30 13:13:45.0 EDT
**Installed (user date)**    4/2/2008 2:26 PM
**Program**                  VB.Net to C# Converter
**Program Version**          2.16
**Key**                      P59IGYWUA8QNL20YEDUSQ6421
**Public IP**                151.190.254.108
**Host**                     fw1.itt.com
**Private IP**               10.33.130.131
**Username**                 johwit
**Domain**                   ROANOKENV
**Owner**                    ITT Industries Night Vision
**Organization**             ITT Industries Night Vision

---------------------------------------------------------

**ITT aerospace**

DONALD M. GINDY
A PROFESSIONAL LAW CORPORATION
1880 CENTURY PARK EAST, SUITE 615
LOS ANGELES, CA 90067
Don@gindylaw.com
Telephone: 310-772-0585 Fax: 310-772-0018

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David A. Crook doing business as VB Conversions, a sole proprietorship,<br><br>PLAINTIFF(S)<br><br>v.<br><br>ITT Corporation, an Indiana Corporation; "JOHWIT", an individual; DOES 1-10, inclusive.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV10  1156  ODW  FMOx<br><br>**SUMMONS** |

TO:    THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney
DONALD M. GINDY, ESQ._____, whose address is:

DONALD M. GINDY
A PROFESSIONAL LAW CORPORATION
1880 CENTURY PARK EAST, SUITE 615
LOS ANGELES, CA 90067

an answer to the ☒ complaint ☐_____amended complaint ☐ counterclaim ☐ cross-claim
which is herewith served upon you within __21__ days after service of this Summons upon you, exclusive
of the day of service. If you fail to do so, judgement by default will be taken against you for the relief
demanded in the complaint.

Clerk, U.S. District Court

**CHRISTOPHER POWERS**

Dated: ___FEB 1 6 2010___          By: _____

                                              Deputy Clerk

                                         *(Seal of the Court)*

| I. (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>David A. Crook doing business as VB Conversions, a Sole Proprietorship | DEFENDANTS<br>ITT CORPORATION, an Indiana Corporation; "JOHWIT," an individual; DOES 1-10, inclusive |
|---|---|
| (b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): |
| (c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>DONALD M. GINDY<br>A PROFESSIONAL LAW CORPORATION<br>1880 CENTURY PARK EAST, SUITE 615<br>LOS ANGELES, CA 90067 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No  ☐ **MONEY DEMANDED IN COMPLAINT: $** 500,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Infringement and Unfair Competition  COPYRIGHT INFRINGEMENT

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No  ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:**  Case Number: _____  CV10  1156

CV-71 (07/05)  CIVIL COVER SHEET  Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑No  ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events; or

☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
  Kansas

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
  Indiana

List **the California County,** or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.
  Los Angeles County

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _[signature]_  Date  February 15, 2010

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but  is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Otis D. Wright II and the assigned discovery Magistrate Judge is Fernando M. Olguin.

The case number on all documents filed with the Court should read as follows:

## CV10- 1156 ODW (FMOx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.